UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re<br><br>COMMERCIAL BANK OF DUBAI PSC,<br><br>Petitioner, for an Order to Take Discovery Pursuant to 28 U.S.C.§ 1782 | Case No. 1:24-mc-00416<br><br>**ORDER** |

Upon consideration of the Petition for an Order to Conduct Discovery for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 (the "Petition") submitted by Commercial Bank of Dubai PSC ("Petitioner") and all papers submitted in support thereof, this Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc,* 542 U.S. 241 (2004), weigh in favor of granting the Petition.

**IT IS HEREBY ORDERED th**at

a) The Petition is **GRANTED**;

b) Petitioner is authorized to serve subpoenas for document production, substantially in the form annexed as Exhibit A to the Petition, on Bank of America, N.A., Bank of Communications, Barclays Bank PLC, BNP Paribas New York, Citibank, N.A., Deutsche Bank AG, Deutsche Bank Trust Company Americas, HSBC Bank USA, N.A., JPMorgan Chase Bank, N.A., Mashreqbank pcs, Mizuho Bank, Ltd. – NY, Société Générale, Standard Chartered Bank, Sumitomo Mitsui Banking Corporation, The Bank of New York Mellon, The Northern Trust Company, UBS AG, and Wells Fargo Bank, N.A., and The Clearing House Payments Company L.L.C. (together, "Respondents").

    c)  Respondents shall comply with such subpoenas in accordance with the Federal Rules of Civil Procedure and the rules and orders of this Court.

```
The Clerk of Court is directed to terminate the pending
motion at docket entry 9.
```

IT IS ORDERED, this  24  day of  September , 2024.

                                                          Hon. Katherine Polk Failla
                                                          United States District Judge